# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY WATTS, <br><br>　　　　　　Plaintiff, <br><br>　　v. <br><br>MICHAEL J. ASTRUE, <br>Commissioner of Social Security, <br><br>　　　　　　Defendant. | Case No. CV 09-2335-JEM <br><br>**JUDGMENT** |

In accordance with the Memorandum Opinion and Order Affirming Decision of Commissioner filed concurrently herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED and this matter is dismissed with prejudice.

DATED: May 6, 2010　　　　　　　　　　*/s/ John E. McDermott*
　　　　　　　　　　　　　　　　　　　JOHN E. MCDERMOTT
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE